AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 USC § 2252(a)(1) - Transportation of Child Pornography; 18 USC § 2252(a)(4)(B) - Possession of Child Pornography;

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
COUNT ONE: 20 yrs (5 yrs mandatory minimum) imprisonment, $250,000 fine, up to lifetime supervised release; $100 special assessment. COUNT TWO: 10 yrs imprisonment; $250,000 fine; up to lifetime supervised release, $100 special assessment

---- DEFENDANT - U.S. ----

▶ CHAD A. HOLSTE

DISTRICT COURT NUMBER

CR08-0064

FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
CW

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 4:08-70022WDB

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BRYAN WHITTAKER, SAUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ 1/16/2008  Month/Day/Year

Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: February 8, 2008 at 2:00 pm
Before Judge: Honorable Claudia Wilken

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

**VENUE: OAKLAND**

---

UNITED STATES OF AMERICA,

V.

## CR08-0064

CHAD A. HOLSTE,

FILED
2008 FEB -7 PM 4:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*a*

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(1) -- Transportation of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) -- Possession of Child of Pornography;
Forfeiture Allegation *18 U.S.C. § 2253(a)(1) and (3).*

---

A true bill.

_____ Foreman

Filed in open court this __7th__ day of
__February 2008__

_____ Clerk

Bail, $ __No process.__

_[signature] Wayne D. Brazil_   2/7/08

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
2008 FEB -7 PM 4: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0064 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; Forfeiture Allegation. |
| v. | |
| CHAD A. HOLSTE, | OAKLAND VENUE |
| Defendant. | |

# INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography)

On or about November 6, 2007, in the Northern District of California and elsewhere, the defendant,

CHAD A. HOLSTE,

did knowingly transport and ship in interstate or foreign commerce by any means, including by computer, visual depictions, the production of which, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

////

////

////

INDICTMENT                                   1

1  COUNT TWO:(18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)
2          On or about January 16, 2008, in the Northern District of California, the defendant,
3                              CHAD A. HOLSTE,
4  did knowingly possess matters which contained visual depictions that had been shipped and
5  transported in interstate or foreign commerce, and which depictions were produced using
6  materials that had been so shipped and transported in interstate and foreign commerce, by any
7  means including by computer, where the producing of such visual depictions, as he well knew,
8  involved the use of a minor engaging in sexually explicit conduct and such visual depictions
9  were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).
10
11 FORFEITURE ALLEGATION: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
12         Upon conviction of the offenses alleged in Counts One or Two, the defendant,
13                             CHAD A. HOLSTE,
14 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
15 and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
16 property, real or personal, used or intended to be used to commit or promote the commission of
17 the offenses of conviction, including but not limited to the computer described as a black
18 "Praetorian" tower computer containing three hard drives, one floppy drive, one DVD drive, and
19 an AMD CPU, seized from defendant's residence/dormitory at 34793 Ardentech Court, Room
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

INDICTMENT                              2

1  2278, Fremont, CA 94555, on January 16, 2008.

2

3  DATED: February 7, 2008                    A TRUE BILL.

4

5                                             /s/ _____
                                               FOREPERSON
6

7  JOSEPH P. RUSSONIELLO
   United States Attorney
8

9  _____
   W. Douglas Sprague
   Chief, Oakland Division
10

11 (Approved as to form: /s/ Bryan R. Whittaker )
                        SAUSA Bryan R. Whittaker
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                              3