1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant CHAD HOLSTE
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-08-00064-CW
                                       )       (4-08-70022-WDB)
12                    Plaintiff,       )
                                       )
13  vs.                                )   ORDER DIRECTING CLERK TO
                                       )   RECONVEY PROPERTY AND RELEASE
14  CHAD HOLSTE,                       )   PASSPORT
                                       )
15                    Defendant.       )
    _____)
16

17

18          Good cause appearing therefor, IT IS ORDERED that the Clerk of the Court execute a

19  full reconveyance of that property specifically described as 9673 Yuki Yama Lane, Redding,

20  California, to Dwight and Cindy Holste.

21          If the Clerk has not done so already, IT IS FURTHER ORDERED that the Clerk release

22  to Dwight and Cindy Holste, or to the Federal Public Defender, the passport of Chad Holste.

23

24  Dated: February 8 , 2008

25                                         _____
                                           WAYNE D. BRAZIL
26                                         United States Magistrate Judge

ORDER RE PROPERTY AND PASSPORT          1