JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-08-00064 CW |
|    v. ) | |
| CHAD A. HOLSTE, ) | SUBSTITUTION OF ATTORNEY |
|    Defendant. ) | |

   Please take notice that as of February 20, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

        Assistant U.S. Attorney Wade M. Rhyne
        1301 Clay Street, Suite 340S
        Oakland, CA 94612
        Telephone: (510) 637-3680
        Wade.Rhyne@usdoj.gov

DATED: February 20, 2008      Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    /s/
                                    WADE M. RHYNE
                                    Assistant United States Attorney