UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 3/5/08

**Plaintiff:**  United States

**v.**                                              **No.**  CR-08-00064 CW

**Defendant:**  Chad A. Holste (present - in custody)

**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

                **Hearing:   Trial Setting (initial app.)**

**Notes:**    This was the defendant's first appearance before District Judge.  Case agent is still reviewing computer and it will take at least 60 days for analysis.  **Case continued to 5/7/08 at 2:00 p.m. for disposition or motions setting or trial setting.**  Government to make copy of hard drive for defense without contraband on it.  Defense to look into other aspects for motions.  Time excluded for effective preparation.  If there is no disposition, defense counsel to know by 5/7 what motions he may be filing.

Copies to: Chambers