1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:    wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR-08-0064 CW
                                    )
14      Plaintiff,                  )   AMENDED STIPULATED REQUEST TO
                                    )   CONTINUE HEARING DATE TO JUNE
15      v.                          )   11, 2008 AND TO EXCLUDE TIME
                                    )   UNDER THE SPEEDY TRIAL ACT
16 CHAD A. HOLSTE,                  )
                                    )   Date:   June 11, 2008
17      Defendant.                  )   Time:   2:00 p.m.
                                    )   Court:  Hon. Claudia Wilken
18 _____  )

19      The above-captioned matter is currently set on May 7, 2008 before this Court for motions

20 setting or disposition or trial setting. The parties request that this Court continue the hearing to

21 June 11, 2008 at 2:00 p.m. and that the Court continue to exclude time under the Speedy Trial

22 Act between May 7, 2008 and June 11, 2008.

23      The government is currently awaiting the completion of the computer forensic

24 examination of the relevant media, and the defense has requested additional time to meet and

25 confer with the defendant regarding mental health issues. Both parties require additional time to

26 effectively prepare the case for further disposition. Therefore, the parties stipulate and request

27 that the Court continue to exclude time between May 7, 2008 and June 11, 2008 under the

28 Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18

U.S.C. § 3161(h)(8)(B)(iv). The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 5, 2008

_____
WADE M. RHYNE
Assistant United States Attorney
Counsel for United States

/S/
_____
JEROME MATTHEWS
Counsel for Chad A. Holste

    I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed document.

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO JUNE 11, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　v.<br>CHAD A. HOLSTE,<br>　　Defendant. | No. CR-08-0064 CW<br><br>[PROPOSED] ORDER TO CONTINUE HEARING DATE TO JUNE 11, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　June 11, 2008<br>Time:　　2:00 p.m.<br>Court:　　Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be continued from May 7, 2008 to June 11, 2008, and that time be excluded under the Speedy Trial Act between May 7, 2008 and June 11, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or trial setting on June 11, 2008 at 2:00 p.m., and that time between May 7, 2008 and June 11, 2008 will continue to be excluded under the Speedy Trial Act to allow for the effective preparation of

///

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO JUNE 11, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW

1 | counsel, taking into account the exercise of due diligence.
2 |
3 | DATED:_____           _____
4 |                                    HON. D. CLAUDIA WILKEN
  |                                    United States District Judge

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO JUNE 11, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW