UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0064 CW | |
| Plaintiff, ) | ORDER TO CONTINUE HEARING DATE TO JUNE 11, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| CHAD A. HOLSTE, ) | Date: | June 11, 2008 |
| Defendant. ) | Time: | 2:00 p.m. |
| ) | Court: | Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be continued from May 7, 2008 to June 11, 2008, and that time be excluded under the Speedy Trial Act between May 7, 2008 and June 11, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or trial setting on June 11, 2008 at 2:00 p.m., and that time between May 7, 2008 and June 11, 2008 will continue to be excluded under the Speedy Trial Act to allow for the effective preparation of

///

counsel, taking into account the exercise of due diligence.

 5/6/08
DATED:_____                            _____
                                                    HON. D. CLAUDIA WILKEN
                                                    United States District Judge

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO JUNE 11, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW