UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: 6/11/08**
**Date: Diane Skillman**

**Plaintiff:** United States

**v.**                                               **No.** CR-08-00064 CW

**Defendant:** Chad A. Holste (present - in custody)


**Appearances for Plaintiff:**
Doug Sprague

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


      **Hearing:  Motions Setting or Trial Setting or Disposition**

**Notes:**   Defense awaiting report from psychologist.  **Case continued to 7/23/08 at 2:00 p.m. for hearing on motions or motions setting or trial setting or disposition.**  If no resolution, defense to file motions as early as he can.   Time excluded for effective preparation.

Copies to: Chambers