1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555-12th Street
   Suite 650
4  Oakland, CA 94607
   510-637-3500
5
   Counsel for Defendant CHAD HOLSTE
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           )
                                        )  No. CR 08-0064 CW
12                 Plaintiff,           )
                                        )  **STIPULATION AND [PROPOSED]**
13         v.                           )  **ORDER CONTINUING STATUS**
                                        )  **CONFERENCE**
14 CHAD HOLSTE,                         )
                                        )
15                 Defendant.           )
                                        )
16

17      This matter presently is set for a status conference on July 23, 2008. Due to the vast amount of

18 data on the seized hard drives, neither the government or the defense has yet completed their forensic

19 analysis. In addition, defense counsel will be out of town beginning July 14, 2008 and government

20 counsel has a trial beginning in early August, 2008.

21      For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to August

22 20,2008, and that time under the Speedy Trial Act be excluded for adequate defense preparation as

23 ///

24 ///

25 ///

26 ///

STIP/ORDER

well as continuity of both government and defense counsel.

SO STIPULATED.

Dated: July 8, 2008

/S/
_____
WADE RHYNE
Assistant United States Attorney

Dated: July 8, 2008

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter be continued to August 20, 2008, and that time under the Speedy Trial Act be excluded on the grounds set forth in the foregoing stipulation.

Dated: July ____, 2008

_____
CLAUDIA WILKEN
United States District Judge

STIP/ORDER