1 BARRY J. PORTMAN
Federal Public Defender
2 JEROME E. MATTHEWS
Assistant Federal Public Defender
3 555-12th Street
Suite 650
4 Oakland, CA 94607
510-637-3500
5
Counsel for Defendant CHAD HOLSTE
6

7

8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,         )
                                    )   No. CR 08-0064 CW
12                 Plaintiff,        )
                                    )   **STIPULATION AND ORDER**
13         v.                       )   **CONTINUING STATUS**
                                    )   **CONFERENCE**
14 CHAD HOLSTE,                     )
                                    )
15                 Defendant.        )
                                    )
16

17   This matter presently is set for a status conference on July 23, 2008.  Due to the vast amount of

18 data on the seized hard drives, neither the government or the defense has yet completed their

19 forensic analysis.  In addition, defense counsel will be out of town beginning July 14, 2008 and

20 government counsel has a trial beginning in early August, 2008.

21   For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to

22 August 20,2008, and that time under the Speedy Trial Act be excluded for adequate defense

23 preparation as

24 ///

25 ///

26 ///

STIP/ORDER

1   ///

2   well as continuity of both government and defense counsel.

3

4         SO STIPULATED.

5

6   Dated: July 8, 2008                    /S/
                                           _____
7                                          WADE RHYNE
                                           Assistant United States Attorney
8

9                                          /S/
    Dated: July 8, 2008                    _____
10                                         JEROME MATTHEWS
                                           Assistant Federal Public Defender
11

12  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.
13

14

15       Good cause appearing therefor, IT IS ORDERED that this matter be continued to August 20,

16  2008, and that time under the Speedy Trial Act be excluded on the grounds set forth in the foregoing

17  stipulation.

18

19                                         *Claudia Wilken* (signature)

20  Dated: July 11, 2008                   _____
                                           CLAUDIA WILKEN
21                                         United States District Judge

22

23

24

25

26

STIP/ORDER