JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:    wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD A. HOLSTE,<br><br>    Defendant. | No. CR-08-0064 CW<br><br>AMENDED STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 27, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  August 27, 2008<br>Time:  2:00 p.m.<br>Court: Hon. Claudia Wilken |

    The above-captioned matter is currently set on August 20, 2008 before this Court for motions setting or disposition or trial setting. The parties request that this Court continue the hearing to August 27, 2008 at 2:00 p.m. and that the Court continue to exclude time under the Speedy Trial Act between August 20, 2008 and August 27, 2008.

    The government is completing its review and counting of the relevant images and videos for purposes of finalizing the plea agreement discussed by the parties. Likewise, the defense requests additional time for an opportunity to review the relevant media. Additionally, the defense has requested additional time to meet and confer with the defendant regarding mental health issues. Both parties require additional time to effectively prepare the case for further disposition and likely change of plea on August 27, 2008. Therefore, the parties stipulate and

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW

1  request that the Court continue to exclude time between August 20, 2008 and August 27, 2008
2  under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare,
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agree the ends of justice served by
4  granting the continuance outweigh the best interests of the public and the defendant in a speedy
5  trial.

7  DATED: August 14, 2008

| | |
|---|---|
| [signature: WMRy] | /S/ |
| WADE M. RHYNE | JEROME MATTHEWS |
| Assistant United States Attorney | Counsel for Chad A. Holste |
| Counsel for United States | |

14      I hereby attest that I have authorization to file this document on behalf of those
15   individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed
16  document.

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>CHAD A. HOLSTE,<br><br>　　Defendant. | No. CR-08-0064 CW<br><br>[PROPOSED] ORDER TO CONTINUE HEARING DATE TO AUGUST 27, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　August 27, 2008<br>Time:　　2:00 p.m.<br>Court:　　Hon. Claudia Wilken |

　　The parties jointly requested that the hearing in this matter be continued from August 20, 2008 to August 27, 2008, and that time be excluded under the Speedy Trial Act between August 20, 2008 and August 27, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

　　**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or trial setting on August 27, 2008 at 2:00 p.m., and that time between August 20, 2008 and August

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW

27, 2008 will continue to be excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_____

HON. D. CLAUDIA WILKEN
United States District Judge

AM. STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0064 CW