UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/27/08

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

v.                                                    **No.** CR-08-00064 CW

**Defendant:** Chad A. Holste (present - in custody)


**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing: Change of Plea**

**Notes:** Defendant enters under oath Rule 11(c)(1)(C0 plea of guilty to Counts One and Two of the Indictment charging Transportation of Child Pornography in violation of 18 USC 2252(a)(1) and with Possession of Child Pornography in violation of 18 USC 2252(a)(4)(B). Plea Agreement filed. Court finds factual basis for plea as stipulated; Court accepts plea. **Sentencing set for 11/12/08 at 2:00 p.m.** PSR requested. Defense to check with authorities re medication to find out what the problem is and then give government chance to put in their point of view as well.

Copies to: Chambers; probation