UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR08-00064 CW

Defendant's Name: Chad A. Holste

Defense Counsel: Jerome Matthews

Referral Date: 8/27/08

Sentencing Date: 11/12/08 @ 2:00 p.m.

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

---

cc: U.S. Probation